```
                    UNITED  STATES  BANKRUPTCY  COURT
                         WESTERN DISTRICT OF
                                TEXAS
                            WACO DIVISION
```

Case number    18-60530-RBK

In re: LITTLE RIVER HEALTHCARE MANAGEMENT, LLC

Taxpayer number: X-XXXXX-X400-3

```
                              WITHDRAWAL OF

                                CLAIM # 8
                           Priority Proof Of Claim
```

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
                  Bankruptcy & Collections Division MC-008
                  P. O. Box 12548
                  Austin, TX 78711-2548
                  Phone: 512-463-2173

1. DATE OF CLAIM              : 10/11/2018

2. TOTAL AMOUNT OF CLAIM      : $2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2018 TO 12/31/2018

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN


Date: 12/17/2018

                                      /s/ Joshua Mitchell
                                      Accounts Examiner    512-463-4510
                                      Revenue Accounting Division
                                      Texas Comptroller of Public Accounts

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years,
                    or both. 18 U.S.C. secs. 152 and 3571.

Form 00-359 (Rev.9-15/6)