

The relief described hereinbelow is SO ORDERED.

Signed June 15, 2020.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Little River Healthcare | § | Case No. 18-60530- |
| Management, LLC | § | |
| | § | rbk (Jointly |
| Debtors. | § | |
| | | Administered) |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S COMBINED FINAL REPORT AND MOTION TO AUTHORIZE DISBURSEMENTS AND APPLICATION FOR APPROVAL OF TRUSTEE COMPENSATION (RELATING TO THE BANKRUPTCY ESTATES OF DEBTORS TIMBERLANDS HEALTHCARE, LLC, KING'S DAUGHTERS PHARMACY, LLC, AND LITTLE RIVER HEALTHCARE MANAGEMENT, LLC)**

ON THIS DAY, the Court considered the Chapter 7 Trustee's *Combined Final Report and Motion to Authorize Disbursement and Application for Approval of Trustee Compensation (Relating to the Bankruptcy Estates of Debtors Timberlands Healthcare, LLC, King's Daughters Pharmacy, LLC, and Little River Healthcare Management, LLC* [Dkt. No. 112] (the "Motion"), and the Court, being of the opinion that the Motion is well taken, will hereby approve same.

**IT IS, THEREFORE, ORDERED** that the Motion is **GRANTED** as laid out herein.

**IT IS, FURTHERMORE, ORDERED** that the Trustee is authorized and directed to disburse the $61,226.56 in the bankruptcy estate of Debtor Timberlands Healthcare, LLC, as follows:

    1) $325.00 to the Office of the United States Trustee as the Chapter 11 quarterly fees owed;
    2) $6,324.12 in statutory commission to the Trustee;
    3) $54,577.44 into the bankruptcy estate of Rockdale Blackhawk, LLC.

**IT IS, FURTHERMORE, ORDERED** that the Trustee is authorized and directed to disburse the $91,424.60 in the bankruptcy estate of Debtor King's Daughters Pharmacy, LLC, as follows:

    1) $8,128.25 to the Office of the United States Trustee as the Chapter 11 quarterly fees owed;
    2) $5,745.35 to Bell County TAD for ad valorem property taxes;
    3) $7,835.69 in statutory commission to the Trustee;
    4) $69,658.31 into the bankruptcy estate of Rockdale Blackhawk, LLC.

**IT IS, FURTHERMORE, ORDERED** the Trustee is authorized and directed to disburse the $2,649.10 in the bankruptcy estate of Debtor Little River Healthcare Management, LLC, as follows:

    1) $2,332.37 to the Office of the United States Trustee as the Chapter 11 quarterly fees owed;
    2) $316.73 in statutory commission to the Trustee;

**IT IS, FURTHERMORE, ORDERED** that the Motion is approved as the Trustee's Final Report in each of the respective bankruptcy cases of Timberlands Healthcare, LLC, King's Daughters Pharmacy, LLC, and Little River Healthcare Management, LLC.

### # # #

*Order Prepared by Counsel for Ch. 7 Trustee*

Brian T. Cumings

SBN 24082882
Graves Dougherty Hearon & Moody, P.C.
401 Congress Ave., Suite 2700
Austin, Texas 78701
512.480.5626
512.536.9926 (Fax)
Email: bcumings@gdhm.com